

**Lucien Adam**
Division Chief

**CENTRAL VIOLATIONS BUREAU**
P.O. Box 780549
San Antonio, TX 78278

**Ted Willmann**
Branch Chief

(800) 827-2982
FAX: (210) 301-6401

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext.

**District:** CALIFORNIA EASTERN

**Location Code:** CA51

ECF Case Number: 1:24-PO-00099-SAB
**Citation Number(s):** E1762403

| | | |
|---|---|---|
| FRES | **Hearing Site** | The location where the citation is scheduled. |
| 08/15/2024 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| | **Protest** | The defendant is requesting a court date to protest the citation. |
| | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| | **Miscellaneous** | See Remarks Section |

**Remarks:**

Agency request for void of citation(s).

defendant is deceased.  ECF Case Number: 1:24-PO-00099-SAB  The action on this case (e.g. dismissal) should be processed in CM/ECF.  Please use the CVB Events or CVB Disposition Docket.

|   | Refund Approved | /s/ JAMES NEVIS | 08/08/2024 |
|---|---|---|---|
| ✔ | ~~Void~~/Dismissal Approved | | Date |

Further action to be taken by CVB or Agency, please specify: _____

Ordered this   8th   Day of   August   20 ____

U.S. Magistrate Judge    Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY